# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS SUMMERLIN,<br><br>        Petitioner,<br><br>    v.<br><br>TIM BUSBY,<br><br>        Respondent. | Case No. EDCV 11-0805-AG (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: January 31, 2012

                                              ANDREW J. GUILFORD
                                          UNITED STATES DISTRICT JUDGE